**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____ Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Seattle Proton Center, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  SCCA Proton Therapy Center**<br>**FDBA  Seattle Procure Management, LLC**<br>**FDBA  Procure Proton Therapy Center** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-0817171** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1570 N 115th Street**<br>**Seattle, WA 98133**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **King**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.sccaprotontherapy.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

**7.    Describe debtor's business**

A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ A plan is being filed with this petition.

■ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10.    Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | See Attachment | | | |
| | District | When | Case number, if known | |
| | _____ | _____ | _____ | |

**11.  Why is the case filed in this district?**    *Check all that apply:*

☑  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑  No
☐  Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____

☐  It needs to be physically secured or protected from the weather.

☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐  Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐  No
☐  Yes.   Insurance agency _____
           Contact name _____
           Phone _____

---

███   **Statistical and administrative information**

**13.  Debtor's estimation of available funds**   .   *Check one:*

☑  Funds will be available for distribution to unsecured creditors.

☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☑ $100,000,001 - $500 million | ☐ More than $50 billion |

Case 18-14380-TWD    Doc 1    Filed 11/14/18    Ent. 11/14/18 14:53:06    Pg. 3 of 66

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 14, 2018**
               MM / DD / YYYY

**X** **/s/ Anna Karin Andrews**                              **Anna Karin Andrews**
_____              _____
Signature of authorized representative of debtor             Printed name

Title    **President**
         _____

**18. Signature of attorney**

**X** **/s/ Armand J. Kornfeld**                    Date  **November 14, 2018**
_____                  _____
Signature of attorney for debtor                          MM / DD / YYYY

**Armand J. Kornfeld**
_____
Printed name

**Bush Kornfeld LLP**
_____
Firm name

**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
_____
Number, Street, City, State & ZIP Code

Contact phone  **(206) 292-2110**        Email address  **jkornfeld@bskd.com**
               _____                          _____

**WSBA 17214 WA**
_____
Bar number and State

| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WASHINGTON

Case number (*if known*) _____    Chapter ___11___

☐ Check if this an
   amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | **Procure Seattle Holdings, LLC** | Relationship to you | **Affiliate** |
| --- | --- | --- | --- |
| District | _____ When _____ | Case number, if known | _____ |
| Debtor | **Seattle Proton Center Holdings** | Relationship to you | **Affiliate** |
| District | _____ When _____ | Case number, if known | _____ |

**Fill in this information to identify the case:**

Debtor name    **Seattle Proton Center, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 14, 2018**    X **/s/ Anna Karin Andrews**
                                            Signature of individual signing on behalf of debtor

                                            **Anna Karin Andrews**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Seattle Proton Center, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF WASHINGTON** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **IBA Proton Therapy, Inc. and Ion Beam Applications, S.A. c/o Todd Bejian 2000 Edmund Halley Dr.; Suite Reston, VA 20191** | **David Swan**  **dswan@mcguirewoods.com 703 712 5365** | **Amended IBA Equipment Service Agreement Replacement SBLOC Replacement SBEB** | | | | **$13,212,265.00** |
| **Seattle Cancer Care Alliance c/o Bradley J. Berg Foster Pepper PLLC 1111 3rd Ave., Suite 3400 Seattle, WA 98101** | **Bradley J. Berg**  **brad.berg@foster.com 206-447-8970** | **Amended SCCA Services Agreement** | | | | **$1,995,754.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Seattle Proton Center, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................    $    **11,312,064.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................    $    **38,465,790.81**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................    $    **49,777,854.81**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    **158,200,568.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$    **15,208,019.00**

4.   Total liabilities .........................................................................................................
    Lines 2 + 3a + 3b     $    **173,408,587.00**

**Fill in this information to identify the case:**

Debtor name   **Seattle Proton Center, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **UMB Bank** | **Not in use.** | **9811** | $0.00 |
| 3.2. | **UMB Bank** | **Not in use.** | **9814** | $0.00 |
| 3.3. | **UMB Bank** | **Not in use.** | **9815** | $0.81 |
| 3.4. | **UMB Bank** | **Not in use.** | **9819** | $0.00 |
| 3.5. | **UMB Bank** | **Not in use.** | **8110** | $0.00 |
| 3.6. | **UMB Bank** | **Not in use.** | **8111** | $0.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| | | | | |
|---|---|---|---|---|
| 3.7. | **UMB Bank**<br>**Restricted Funds Account established pursuant to that Amended and Restated Depositary and Account Control Agreement, dated as of August 31, 2015 between Opco and Senior Secured Lenders. The funds in the amount are controlled by the Senior Secured Lenders and as of October 5, 2018 were in the amount of $524,249.99.** | **Restricted Funds Account** | **8112** | **$0.00** |
| 3.8. | **UMB Bank** | **Lockbox Account** | **3695** | **$0.00** |
| 3.9. | **UMB Bank** | **Operating Account** | **6948** | **$5,231,903.00** |
| 3.10. | **UMB Bank** | **Payroll Account (ZBA)** | **6921** | **$0.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                              | **$5,231,903.81** |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.

☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Marsh USA Insurance** | **$41,422.00** |
| 8.2. | **Rent - UW Medicine/Northwest** | **$67,500.00** |
| 8.3. | **Software licensing/maintenance/support:**<br>**Adaptive Insights**<br>**Applied Intelligence**<br>**Corepoint**<br>**Dell**<br>**Duo Security**<br>**Elekta**<br>**imprivata**<br>**MIM**<br>**Navex** | **$358,086.00** |

    **RaySearch**
    **SecureWorks**
    **Tableau**
    **The Resource Group**
    **Transeo Radiotherapy Solutions**
    **Vivid Learning Systems**
    **Visiontree Optimal Care**

    **Equipment maintenance/support:**
    **Dell**
    **IBA Dosimetry**
    **Kovarus**
    **OPUS Interactive**
8.4.  **Presidio**                                                    $51,802.00

    **Facilities maintenance/support:**
    **Computer Power & Service**
    **Convergint Technologies**
8.5.  **Landauer**                                                    $28,769.00

    **Sponsored Events:**
    **Pediatric Brain Tumor Research Fund**
8.6.  **ZERO**                                                        $20,000.00

    **Prepaid membership:**
8.7.  **Proton Therapy Consortia**                                    $17,500.00

8.8.  **Miscellaneous prepayments**                                  $103,462.00

8.9.  **Deposit for Lenders' legal and financial advisory fees and expenses.**    $1,700,000.00

9.    **Total of Part 2.**                                   | $2,388,541.00 |
      Add lines 7 through 8. Copy the total to line 81.

**Part 3:**   Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

    11a. 90 days old or less:    **11,939,472.00** -     **7,764,241.00** = ....     **$4,175,231.00**
                    face amount         doubtful or uncollectible accounts

    11b. Over 90 days old:    **30,763,034.00** -     **24,166,566.00** = ....     **$6,596,468.00**
                    face amount         doubtful or uncollectible accounts

| 12. | **Total of Part 3.** | | | **$10,771,699.00** |
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | | |

**Part 4:**   Investments

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>Furniture & Fixtures | $285,122.00 | Cost Method | $285,122.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>Equipment & Purchased Software | $759,830.00 | Cost Method | $759,830.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** | | | **$1,044,952.00** |
| | Add lines 39 through 42.  Copy the total to line 86. | | | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.    **Aircraft and accessories** | | | |
| 50.    **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Medical Equipment** | $19,028,695.00 | Cost Method | $19,028,695.00 |

**51.    Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| | |
|---|---|
| | $19,028,695.00 |

**52.    Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

**53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.   **Ground Lease<br>Agreement, dated<br>January 20, 2011,<br>between Debtor and<br>UW<br>Medicine/Northwest<br>as to property<br>located at 1570 North<br>115th Street, Seattle,<br>Washington 98133.** | Lessee | Unknown | N/A | Unknown |

Case 18-14380-TWD    Doc 1    Filed 11/14/18    Ent. 11/14/18 14:53:06    Pg. 13 of 66

55.2.  **Building 1570 North 115th Street, Seattle, Washington 98133.**  Fee simple    $11,312,064.00    Cost Method    $11,312,064.00

56.  **Total of Part 9.**    $11,312,064.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:**  **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**  **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local)<br>**Net Operating Losses of $28,984,798 for January 2016 through December 2017.**    Tax year  1/16-12/17 | Unknown |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,231,903.81 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,388,541.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $10,771,699.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,044,952.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $19,028,695.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $11,312,064.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $38,465,790.81 | + 91b. $11,312,064.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $49,777,854.81 |

Debtor name  **Seattle Proton Center, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.1  BNP Paribas Fortis, Agent**
Creditor's Name

**Montagne du Parc, 3
(1KG1F)
1000 Brussels
Mrrs. Zeijlstra and de
Coster
Belgium**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Notice Only.**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| Amount of claim | Value of collateral |
|---|---|
| **$0.00** | **Unknown** |

**2.2  BNP Paribas Fortis, Agent**
Creditor's Name

**c/o Joaquin M. C De Baca
Mayer Brown LLP
1675 Broadway
New York, NY 10019**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**All assets.**

**Describe the lien**
**Security Interest and Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Amount of claim | Value of collateral |
|---|---|
| **$158,200,568.00** | **Unknown** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $158,200,568<br>.00 |
|---|---|

### Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Debtor name **Seattle Proton Center, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF WASHINGTON**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**IBA Proton Therapy, Inc. and**<br>**Ion Beam Applications, S.A.**<br>**c/o Todd Bejian**<br>**2000 Edmund Halley Dr.; Suite**<br>**Reston, VA 20191**<br><br>Date(s) debt was incurred  8/31/2015<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Amended IBA Equipment Service Agreement**<br>**Replacement SBLOC**<br>**Replacement SBEB**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$13,212,265.00** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**IBA Proton Therapy, Inc. and**<br>**Ion Beam Applications, S.A.**<br>**c/o David Swan**<br>**1750 Tysons Boulevard, Ste. 18**<br>**Mc Lean, VA 22102**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice only.**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Ion Beam Appl, SA**<br>**3, chemin du Cyclotron**<br>**Louvain-La-Neuve 1348**<br>**Belgium**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Seattle Cancer Care Alliance**<br>**c/o Bradley J. Berg**<br>**Foster Pepper PLLC**<br>**1111 3rd Ave., Suite 3400**<br>**Seattle, WA 98101**<br><br>Date(s) debt was incurred  8/31/2015<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Amended SCCA Services Agreement**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,995,754.00** |

| Debtor | Seattle Proton Center, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 15,208,019.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 15,208,019.00 |

Debtor name **Seattle Proton Center, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases       12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest **Temp help** | |
| State the term remaining | **Accountable Healthcare Staff** |
| List the contract number of any government contract | **999 Yamato Road** **Suite 210** **Boca Raton, FL 33431** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest **Financial Planning Software** | |
| State the term remaining | **Adaptive Insights, Inc.** |
| List the contract number of any government contract | **3350 W. Bayshore Rd.** **Suite 200** **Palo Alto, CA 94303** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest **Employee Insurance** | |
| State the term remaining | **Aetna** |
| List the contract number of any government contract | **Po Box 804735** **Chicago, IL 60680-4108** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest **Insurance** | |
| State the term remaining | **AFCO Credit Corporation** |
| List the contract number of any government contract | **14 Wall Street** **Suite 8A-19** **New York, NY 10005** |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Gasses** |
| --- | --- | --- |
| | State the term remaining | **Airgas USA, LLC** |
| | List the contract number of any government contract | **3737 Worsham Avenue** **Long Beach, CA 90808** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Email encryption** |
| --- | --- | --- |
| | State the term remaining | **Applied Intelligence** |
| | List the contract number of any government contract | **440 Wheelers Farms Rd** **Ste 202** **Milford, CT 06461-9133** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Website Hosting** |
| --- | --- | --- |
| | State the term remaining | **Armor** |
| | List the contract number of any government contract | **2360 Campbell Creek Blvd** **Ste 525** **Richardson, TX 75082** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Phone** |
| --- | --- | --- |
| | State the term remaining | **AT&T** |
| | List the contract number of any government contract | **PO Box 5019** **Carol Stream, IL 60197-5019** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Interim nurse manager** |
| --- | --- | --- |
| | State the term remaining | **Barbara A Ringhouse** |
| | List the contract number of any government contract | **1019 Sterling Street** **Sedro-Woolley, WA 98284** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Contrast Injector M/S** |
| --- | --- | --- |
| | State the term remaining | **Bayer Healthcare LLC** |
| | List the contract number of any | **PO Box 360172** **Pittsburgh, PA 15251-6172** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Patient Support** | |
|---|---|---|---|
| | State the term remaining | | **Beads of Courage, Inc**<br>**3230 N. Dodge Blvd**<br>**Ste. J**<br>**Tucson, AZ 85716** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **HR Resource Brokerage** | |
|---|---|---|---|
| | State the term remaining | | **Benefit Resource Inc**<br>**245 Kenneth Dr**<br>**Rochester, NY 14623-4277** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Restructuring Support Agreement dated November 6, 2018**<br><br>**Additional parties to Agreement:**<br>**Seattle Cancer Care Alliance**<br>**IBA Proton Therapy Inc.**<br>**Ion Beam Applications, S.A** | |
|---|---|---|---|
| | State the term remaining | | **BNP Paribas Fortis, Agent**<br>**c/o Joaquin M. C De Baca**<br>**Mayer Brown LLP**<br>**1675 Broadway**<br>**New York, NY 10019** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Plan Support and Lock Up Agreement dated November 12, 2018.**<br><br>**Additional parties to Agreement:**<br>**Seattle Cancer Care Alliance**<br>**IBA Proton Therapy Inc.**<br>**Ion Beam Applications, S.A** | |
|---|---|---|---|
| | State the term remaining | | **BNP Paribas Fortis, Agent**<br>**c/o Joaquin M. C De Baca**<br>**Mayer Brown LLP**<br>**1675 Broadway**<br>**New York, NY 10019** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

| | |
|---|---|
| **Additional Page if You Have More Contracts or Leases** | |

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **401K Retirement Services** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Brighton Jones**<br>**2030 1st Ave**<br>**Seattle, WA 98121** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Support group services** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Cancer Lifeline**<br>**6522 Fremont Ave N**<br>**Seattle, WA 98103** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Adaptive M/S** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Carlson Management Consulting**<br>**444 Washington Street**<br>**Suite 401**<br>**Woburn, MA 01801** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Internet/Phones** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **CenturyLink**<br>**PO Box 91155**<br>**Seattle, WA 98111-9255** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **WebEx/Jabber** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Cisco WebEx LLC**<br>**16720 Collections Center Drive**<br>**Chicago, IL 60693** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **M/S** |
|---|---|---|
| | State the term remaining | **Citrix Systems Inc**<br>**851 West Cypress Creek Road**<br>**Ft Lauderdale, FL 33309** |



**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| List the contract number of any government contract | |

**2.21.** State what the contract or lease is for and the nature of the debtor's interest

Electricity, water, sewer

State the term remaining

List the contract number of any government contract

**City of Seattle**
**PO Box 35178**
**Seattle, WA 98124**

**2.22.** State what the contract or lease is for and the nature of the debtor's interest

Cable TV

State the term remaining

List the contract number of any government contract

**Comcast**
**One Comcast Center**
**32nd Floor**
**Philadelphia, PA 19103**

**2.23.** State what the contract or lease is for and the nature of the debtor's interest

Backup Power

State the term remaining

List the contract number of any government contract

**Computer Power & Service Inc.**
**11620 Airport Road**
**Building C**
**Everett, WA 98204**

**2.24.** State what the contract or lease is for and the nature of the debtor's interest

RFID M/S

State the term remaining

List the contract number of any government contract

**Convergent Technologies LLC**
**One Commerce Drive**
**Schaumburg, IL 60173**

**2.25.** State what the contract or lease is for and the nature of the debtor's interest

Payor contract.

State the term remaining

List the contract number of any government contract

**Coordinated Care Corp**
**1145 Broadway 300**
**Tacoma, WA 98402**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.26.** State what the contract or lease is for and the nature of the debtor's interest — **Integration licenses & M/S**

State the term remaining

List the contract number of any government contract

**Corepoint Health, LLC**
**3010 Gaylord Parkway, Ste 320**
**Frisco, TX 75034**

---

**2.27.** State what the contract or lease is for and the nature of the debtor's interest — **Corporate membership**

State the term remaining

List the contract number of any government contract

**Costco Wholesale Corporation**
**999 Lake Drive**
**Issaquah, WA 98027**

---

**2.28.** State what the contract or lease is for and the nature of the debtor's interest — **Sublease**

State the term remaining

List the contract number of any government contract

**Craig Peterson**
**4801 Rainier Ave S Apt 303**
**Seattle, WA 98118**

---

**2.29.** State what the contract or lease is for and the nature of the debtor's interest — **Transcription**

State the term remaining

List the contract number of any government contract

**CyraCom, LLC**
**PO Box 74008083**
**Chicago, IL 60674-8083**

---

**2.30.** State what the contract or lease is for and the nature of the debtor's interest — **VM Ware / ProSupport / Adobe Acrobat / KACE support / Symantex virus SW**

State the term remaining

List the contract number of any government contract

**DELL MARKETING, L.P.**
**C/O DELL USA L.P.**
**PO BOX 802816**
**Chicago, IL 60680-2816**

---

**2.31.** State what the contract or lease is for and the nature of the debtor's interest — **CCTVs M/S**

State the term remaining

List the contract number of any

**Differential Networks, LLC**
**2120 Grant St. Suite 8**
**Bellingham, WA 98225**

---

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

government contract

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Anesthesia machines M/S** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Draeger Inc.** |
| | List the contract number of any government contract | | **3135 Quarry Rd.** **Telford, PA 18969** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **VPN Access** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Duo Security, Inc** **123 North Ashley Street** |
| | List the contract number of any government contract | | **Suite 200** **Ann Arbor, MI 48104** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting** | |
| --- | --- | --- | --- |
| | State the term remaining | | **ECG Mgmt Consultants, Inc.** **1111 Third Avenue** |
| | List the contract number of any government contract | | **Suite 2700** **Seattle, WA 98101-3201** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Efax** | |
| --- | --- | --- | --- |
| | State the term remaining | | **eFax Corporate** **c/o J2 Cloud Svcs, Inc** |
| | List the contract number of any government contract | | **PO Box 51873** **Los Angeles, CA 90051-6173** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **MOSAIQ & Xio** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Elekta, Inc** **PO Box 404199** |
| | List the contract number of any government contract | | **Atlanta, GA 30384-4199** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting** | **Elizabeth Greer** **2018 Boyer Ave East** **Seattle, WA 98112** |
| --- | --- | --- | --- |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract   _____

---

**2.38.**   State what the contract or lease is for and the nature of the debtor's interest     **Shipping**

State the term remaining

List the contract number of any government contract     **FedEx Freight**
**4103 Collection Center Drive**
**Chicago, IL 60693**

---

**2.39.**   State what the contract or lease is for and the nature of the debtor's interest     **401K**

State the term remaining

List the contract number of any government contract     **Fidelity Invest. Inst. Opera**
**PO Box 73307**
**Chicago, IL 60673-7307**

---

**2.40.**   State what the contract or lease is for and the nature of the debtor's interest     **Payor contract.**

State the term remaining

List the contract number of any government contract     **First Choice Health Network**
**600 University St Suite 1400**
**Seattle, WA 98101**

---

**2.41.**   State what the contract or lease is for and the nature of the debtor's interest     **Janitorial Services**

State the term remaining

List the contract number of any government contract     **GCA Services Group**
**PO Box 643823**
**Pittsburgh, PA 15264-3823**

---

**2.42.**   State what the contract or lease is for and the nature of the debtor's interest     **CT Scanner**

State the term remaining

List the contract number of any government contract     **GE Healthcare**
**Attn Wendy Schweighardte**
**20225 Watertower Blvd**
**Brookfield, WI 53045**

---



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.43.** State what the contract or lease is for and the nature of the debtor's interest      **PR & Marketing**

State the term remaining

List the contract number of any government contract

**Green Rubino**
**1938 Fairview Ave E**
**Ste 200**
**Seattle, WA 98102**

---

**2.44.** State what the contract or lease is for and the nature of the debtor's interest      **Broker**

State the term remaining

List the contract number of any government contract

**Hayes Group**
**1325 4th Ave**
**Ste 1425**
**Seattle, WA 98101**

---

**2.45.** State what the contract or lease is for and the nature of the debtor's interest      **Infection Control**

State the term remaining

List the contract number of any government contract

**Healthcare Mgmt Alternatives**
**20521 81st Ave SW**
**Vashon, WA 98070**

---

**2.46.** State what the contract or lease is for and the nature of the debtor's interest      **Payor contract.**

State the term remaining

List the contract number of any government contract

**HealthSmart**
**222 West Las Colinas Boulevard**
**500N**
**Irving, TX 75039**

---

**2.47.** State what the contract or lease is for and the nature of the debtor's interest      **Legal services.**

State the term remaining

List the contract number of any government contract

**Helsell Fetterman**
**1001 Fourth Ave. Ste. 4200**
**Seattle, WA 98154-1154**

---

**2.48.** State what the contract or lease is for and the nature of the debtor's interest      **Consulting**

State the term remaining

List the contract number of any

**Huebner Advisory, LLC**
**13850 NE 32nd PL**
**Bellevue, WA 98005**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Dosimetry Software / Zebra/OmniPro Incline** | |
|---|---|---|---|
| | State the term remaining | | **IBA Dosimetry America, Inc.** |
| | List the contract number of any government contract | | **3150 Stage Post Drive** <br> **Suite 110** <br> **Bartlett, TN 38133** |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Proton Equipment Mangement** | |
|---|---|---|---|
| | State the term remaining | | **IBA Proton Therapy** |
| | List the contract number of any government contract | | **2000 Edmund Halley Drive** <br> **Suite 210** <br> **Reston, VA 20191** |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Single Sign-On** | |
|---|---|---|---|
| | State the term remaining | | **Imprivata** |
| | List the contract number of any government contract | | **10 Maguire Rd, Building 1** <br> **STE 125** <br> **Lexington, MA 02421** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Payor contract.** | |
|---|---|---|---|
| | State the term remaining | | **Kaiser Permanente** |
| | List the contract number of any government contract | | **(Group Health Cooperative)** <br> **601 Union Street, Suite 3100** <br> **Seattle, WA 98101** |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Continuity Communication** | |
|---|---|---|---|
| | State the term remaining | | **KnowBe4, INC.** |
| | List the contract number of any government contract | | **33 N Garden Ave** <br> **STE 1200** <br> **Clearwarter, FL 33755** |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Cisco SmartNet / Network Management** | **Kovarus, Inc.** <br> **2000 Crow Canyon Place St 250** <br> **San Ramon, CA 94583** |
|---|---|---|---|

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Dosimeters** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Landauer**<br>**PO Box 809051**<br>**Chicago, IL 60680-9051** |

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Marsh USA Inc.**<br>**1166 Avenue of the Americas**<br>**New York, NY 10036** |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Towing services** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Mary's Towing**<br>**13303 Highway 99**<br>**Everett, WA 98204** |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Software license** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **MIM Software Inc.**<br>**25800 Science Park Dr. #180**<br>**Cleveland, OH 44122** |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Payor contract.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Molina Healthcare of Wash.**<br>**PO Box 22612**<br>**Long Beach, CA 90801** |

Debtor 1   **Seattle Proton Center, LLC**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)* _____



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.60.** State what the contract or lease is for and the nature of the debtor's interest — **Tax services**

State the term remaining

List the contract number of any government contract

**Moss Adams**
**999 Third Ave. #2600**
**Seattle, WA 98104**

---

**2.61.** State what the contract or lease is for and the nature of the debtor's interest — **Safety data sheets**

State the term remaining

List the contract number of any government contract

**MSDSonline, Inc.**
**222 Merchandise Mart Plaza**
**Suite 1750**
**Chicago, IL 60654**

---

**2.62.** State what the contract or lease is for and the nature of the debtor's interest — **Payor contract.**

State the term remaining

List the contract number of any government contract

**Multiplan Inc.**
**115 Fifth Ave**
**New York, NY 10003**

---

**2.63.** State what the contract or lease is for and the nature of the debtor's interest — **Life Insurance**

State the term remaining

List the contract number of any government contract

**Mutual of Omaha Insurance Co.**
**3300 Mutual of Omaha Plaza**
**Omaha, NE 68175**

---

**2.64.** State what the contract or lease is for and the nature of the debtor's interest — **Policy & Procedure Manager & Ethics Hotline**

State the term remaining

List the contract number of any government contract

**NAVEX Global, Inc.**
**5500 Meadows Road**
**Suite 500**
**Lake Oswego, OR 97035**

---

**2.65.** State what the contract or lease is for and the nature of the debtor's interest — **Patient Lodging**

State the term remaining

List the contract number of any

**Northgate Inns Inc**
**DBA Hotel Nexus**
**2140 N Northgate Way**
**Seattle, WA 98133**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

---

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Parking badges for patients / Labs** | |
|---|---|---|---|
| | State the term remaining | | **Northwest Hosp.& Medical Ctr** |
| | List the contract number of any government contract | | **1550 N. 115th Street** **MS: 359415** **Seattle, WA 98133** |

---

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Nursing** | |
|---|---|---|---|
| | State the term remaining | | **Nuance Communications Inc.** |
| | List the contract number of any government contract | | **1 Wayside Road** **Burlington, MA 01803** |

---

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Communications** | |
|---|---|---|---|
| | State the term remaining | | **Nyhus Communications** |
| | List the contract number of any government contract | | **720 Third Ave., Floor 12** **Seattle, WA 98104** |

---

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Scope (medical equipment) maintenance and service** | |
|---|---|---|---|
| | State the term remaining | | **Olympus America Inc.** |
| | List the contract number of any government contract | | **PO Box 200194** **Pittsburgh, PA 15251** |

---

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **Continuity** | |
|---|---|---|---|
| | State the term remaining | | **One Call Now** |
| | List the contract number of any government contract | | **6450 Poe Avenue** **Suite 500** **Dayton, OH 45414** |

---

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **Back-Up Servers** | **Opus Interactive, Inc.** **1225 W Burnside Street** **Suite 310** **Portland, OR 97209** |
|---|---|---|---|

Case 18-14380-TWD   Doc 1   Filed 11/14/18   Ent. 11/14/18 14:53:06   Pg. 33 of 66

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | |
|  | List the contract number of any government contract | _____ |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **Copier Services** |
|  | State the term remaining | **Pacific Office Automation**<br>**14747 NW Greenbrier Pkwy**<br>**Beaverton, OR 97006** |
|  | List the contract number of any government contract | |

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Payroll** |
|  | State the term remaining | **Paycom**<br>**7501 W Memorial Rd**<br>**Oklahoma City, OK 73142** |
|  | List the contract number of any government contract | |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **Alarms Monitoring** |
|  | State the term remaining | **Performance Sys. Integration**<br>**7324 SW Durham Rd**<br>**Portland, OR 97224** |
|  | List the contract number of any government contract | |

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **Postage** |
|  | State the term remaining | **Pitney Bowes**<br>**27 Waterview Drive**<br>**Shelton, CT 06484** |
|  | List the contract number of any government contract | |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **Plants** |
|  | State the term remaining | **Plantscapes, Inc.**<br>**1127 Poplar Place South**<br>**Seattle, WA 98144** |
|  | List the contract number of any government contract | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **Payor contract.** | |
|---|---|---|---|
| | State the term remaining | | **Premera / LifeWise Washington** |
| | List the contract number of any government contract | | **P.O. Box 327** |
| | | | **Seattle, WA 98111** |

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **Snare Firewall Testing Services** | |
|---|---|---|---|
| | State the term remaining | | **Prophecy Americas', Inc** |
| | List the contract number of any government contract | | **8480 E Orchard Road** |
| | | | **Suite 4350** |
| | | | **Greenwood Village, CO 80111** |

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Patient Registry** | |
|---|---|---|---|
| | State the term remaining | | **Proton Collaborative Group** |
| | List the contract number of any government contract | | **4320 Winfield Road** |
| | | | **Suite 200** |
| | | | **Warrenville, IL 60555** |

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **NAPT Membership** | |
|---|---|---|---|
| | State the term remaining | | **Proton Therapy Consortia** |
| | List the contract number of any government contract | | **8400 Westpark Drive** |
| | | | **2nd Floor** |
| | | | **McLean, VA 22102** |

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **Gas** | |
|---|---|---|---|
| | State the term remaining | | **Puget Sound Energy** |
| | List the contract number of any government contract | | **BOT-01H** |
| | | | **PO Box 91269** |
| | | | **Bellevue, WA 98009** |

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **Internet Connection** | |
|---|---|---|---|
| | State the term remaining | | **Radware, Inc.** |
| | List the contract number of any | | **575 Corporate Drive Lobby 2** |
| | | | **Mahwah, NJ 07430** |

Case 18-14380-TWD    Doc 1    Filed 11/14/18    Ent. 11/14/18 14:53:06    Pg. 35 of 66

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **Raystation licesnse** | |
|---|---|---|---|
| | State the term remaining | | **RaySearch Americas, Inc.** |
| | List the contract number of any government contract | | **401 Franklin Ave., Suite 100A**<br>**Garden City, NY 11530** |

| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **Payor contract.** | |
|---|---|---|---|
| | State the term remaining | | **Regence BlueShield** |
| | List the contract number of any government contract | | **1800 9th Ave**<br>**Seattle, WA 98101** |

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **Billing** | |
|---|---|---|---|
| | State the term remaining | | **Revenue Cycle Billing Svc Inc.** |
| | List the contract number of any government contract | | **PO Box 659831 MSC 224**<br>**San Antonio, TX 78265-9130** |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **Copiers** | |
|---|---|---|---|
| | State the term remaining | | **Ricoh Americas Corporation** |
| | List the contract number of any government contract | | **PO Box 4245**<br>**Carol Stream, IL 60197-4245** |

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **Lighting/Electricity M/S** | |
|---|---|---|---|
| | State the term remaining | | **SASCO** |
| | List the contract number of any government contract | | **16650 Woodinville-Redmond Rd.**<br>**Woodinville, WA 98072** |

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services Agreement** | **Seattle Cancer Care Alliance**<br>**825 Eastlake Ave E**<br>**PO Box 19023**<br>**Seattle, WA 98109-1023** |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining<br><br>List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement regarding joint payment for outreach services.** |
| | State the term remaining<br><br>List the contract number of any government contract | **Seattle Cancer Care Alliance**<br>**P.O. Box 34005**<br>**Seattle, WA 98124** |
| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | **Childlife specialist** |
| | State the term remaining<br><br>List the contract number of any government contract | **Seattle Children's Hospital**<br>**PO Box 5371**<br>**M/S RC-507**<br>**Seattle, WA 98145-5005** |
| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | **Firewall** |
| | State the term remaining<br><br>List the contract number of any government contract | **SecureWorks, Inc.**<br>**1 Concourse Pkwy Ste 500**<br>**Atlanta, GA 30328** |
| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting** |
| | State the term remaining<br><br>List the contract number of any government contract | **Shannon Yarrow**<br>**PO Box 7908**<br>**Jackson, WY 83002** |
| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | **Shredding** |
| | State the term remaining<br><br>List the contract number of any government contract | **Shred-It USA LLC**<br>**11311 Cornell Park Drive**<br>**Suite 125**<br>**Blue Ash, OH 45242** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | **AV equipment** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Signal Perfection Ltd**<br>**SPL Integrated Sol**<br>**6301 Benjamin Road**<br>**Suite 101**<br>**Tampa, FL 33634** |
| | List the contract number of any government contract | | |

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | **ipMonitor M/S** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Solarwinds, INC.**<br>**7171 Southwest Parkway**<br>**BLDG 400**<br>**Austin, TX 78735** |
| | List the contract number of any government contract | | |

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | **Preventative Maintenance** | |
| --- | --- | --- | --- |
| | State the term remaining | | **SPBS, Inc**<br>**4431 Long Prairie Road**<br>**Suite 100**<br>**Flower Mound, TX 75028** |
| | List the contract number of any government contract | | |

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | **HazMat & Sharps Collections** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Stericycle, Inc**<br>**PO Box 9001588**<br>**Louisville, KY 40290-1588** |
| | List the contract number of any government contract | | |

| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Strategic Value Group, LLC**<br>**6080 Center Drive #600**<br>**Los Angeles, CA 90045** |
| | List the contract number of any government contract | | |

| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | **HR** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Swift HR Solutions, Inc.**<br>**227 Bellevue Way NE**<br>**#501**<br>**Bellevue, WA 98004** |
| | List the contract number of any | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | 2.100. | State what the contract or lease is for and the nature of the debtor's interest | SW License / M/S | |
|---|---|---|---|---|
| | | State the term remaining | | **Tableau Software, Inc.** |
| | | List the contract number of any government contract | | **1621 N 34th St**<br>**Seattle, WA 98103** |

| | 2.101. | State what the contract or lease is for and the nature of the debtor's interest | SW License / M/S | |
|---|---|---|---|---|
| | | State the term remaining | | **TechSmith Corporation** |
| | | List the contract number of any government contract | | **2405 Woodlake Drive**<br>**Okemos, MI 48864** |

| | 2.102. | State what the contract or lease is for and the nature of the debtor's interest | Pest Control | |
|---|---|---|---|---|
| | | State the term remaining | | **Terminix** |
| | | List the contract number of any government contract | | **860 Ridge Lake Blvd**<br>**Memphis, TN 38120** |

| | 2.103. | State what the contract or lease is for and the nature of the debtor's interest | Plants | |
|---|---|---|---|---|
| | | State the term remaining | | **The Plant Connection Inc.** |
| | | List the contract number of any government contract | | **11054 NE 33rd Pl #B10**<br>**Bellevue, WA 98004** |

| | 2.104. | State what the contract or lease is for and the nature of the debtor's interest | Intacct Software License / M/S | |
|---|---|---|---|---|
| | | State the term remaining | | **The Resource Group** |
| | | List the contract number of any government contract | | **600 SW 39th Street**<br>**Suite 250**<br>**Renton, WA 98057** |

| | 2.105. | State what the contract or lease is for and the nature of the debtor's interest | Payor contract. | |
|---|---|---|---|---|
| | | | | **Three Rivers Provider Network**<br>**6970 O'Bannon Dr.**<br>**Las Vegas, NV 89117** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract   _____

---

**2.106.** State what the contract or lease is for and the nature of the debtor's interest | **Elevator M/S**

State the term remaining

List the contract number of any government contract | **Thyssenkrupp Elevator Corp**
**PO Box 933004**
**Atlanta, GA 31193-3004**

---

**2.107.** State what the contract or lease is for and the nature of the debtor's interest | **IMS**

State the term remaining

List the contract number of any government contract | **Transeo Radiotherapy Solution**
**One Ferry Building**
**Suite 255**
**San Francisco, CA 94111**

---

**2.108.** State what the contract or lease is for and the nature of the debtor's interest | **Payer Contract**

State the term remaining

List the contract number of any government contract | **United HealthCare**
**Corporate Tax MN008-T390**
**9900 Bren Rd E**
**Minnetonka, MN 55343**

---

**2.109.** State what the contract or lease is for and the nature of the debtor's interest | **Interpreters**

State the term remaining

List the contract number of any government contract | **Universal Language Service Inc**
**925 110th Ave NE STE A**
**Bellevue, WA 98004**

---

**2.110.** State what the contract or lease is for and the nature of the debtor's interest | **Maintenance**

State the term remaining

List the contract number of any government contract | **Universal Mechanical Contr.**
**11611 49th place West**
**Mukilteo, WA 98275**

---



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.111. | State what the contract or lease is for and the nature of the debtor's interest | **Payor contract.** | |
| | State the term remaining | | **University Health Alliance (UH** |
| | List the contract number of any government contract | | **700 Bishop Street, Suite 300** |
| | | | **Honolulu, HI 96813** |

| 2.112. | State what the contract or lease is for and the nature of the debtor's interest | **Linen services** | |
| | State the term remaining | | **University of WA Laundry** |
| | List the contract number of any government contract | | **2901 27th Ave S** |
| | | | **Seattle, WA 98144-6002** |

| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | **Ground lease** | |
| | State the term remaining | | **UW Medicine/Northwest** |
| | List the contract number of any government contract | | **1150 N. 115th St.** |
| | | | **Seattle, WA 98133** |

| 2.114. | State what the contract or lease is for and the nature of the debtor's interest | **Physicists** | |
| | State the term remaining | | **UW School of Med** |
| | | | **Dept of Radiation Oncol** |
| | List the contract number of any government contract | | **1959 NE Pacific Street** |
| | | | **Box 356043** |
| | | | **Seattle, WA 98195-6043** |

| 2.115. | State what the contract or lease is for and the nature of the debtor's interest | **Mobile Service** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Verizon** |
| | | | **PO Box 660108** |
| | | | **Dallas, TX 75266-0108** |

| 2.116. | State what the contract or lease is for and the nature of the debtor's interest | **Employee Insurance** | |
| | State the term remaining | | **Vision Service Plan** |
| | | | **3333 Quality Drive** |
| | List the contract number of any | | **Rancho Cordova, CA 95670** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

**2.117.** State what the contract or lease is for and the nature of the debtor's interest — **VTOC Patient Portal**

State the term remaining

List the contract number of any government contract

**VisionTree Optimal Care**
**8885 Rio San Diego Dr**
**Suite 220**
**San Diego, CA 92108**

**2.118.** State what the contract or lease is for and the nature of the debtor's interest — **Employee learning/training**

State the term remaining

List the contract number of any government contract

**Vivid Learning Systems, Inc.**
**5728 Bedford St.**
**Pasco, WA 99301**

**2.119.** State what the contract or lease is for and the nature of the debtor's interest — **Virtual Environment**

State the term remaining

List the contract number of any government contract

**VMware, Inc.**
**3401 Hillview Avenue**
**Palo Alto, CA 94304**

**2.120.** State what the contract or lease is for and the nature of the debtor's interest — **Background Checks**

State the term remaining

List the contract number of any government contract

**Washington State Patrol**
**PO Box 42602**
**Olympia, WA 98504-2602**

**2.121.** State what the contract or lease is for and the nature of the debtor's interest — **Trash**

State the term remaining

List the contract number of any government contract

**Waste Management of Seattle**
**720 4th Ave Ste 400**
**Kirkland, WA 98033**

**2.122.** State what the contract or lease is for and the nature of the debtor's interest — **Mat rentals**

**Whitman & Associates**
**18734 142nd Avenue NE**
**Woodinville, WA 98072**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract _____ | |

| | | |
|---|---|---|
| 2.123. | State what the contract or lease is for and the nature of the debtor's interest | **SW License / M/S** |
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Wolters Kluwer Law & Business** <br> **2700 Lake Cook Road** <br> **Riverwoods, IL 60015** |

| | | |
|---|---|---|
| 2.124. | State what the contract or lease is for and the nature of the debtor's interest | **Ad Audit** |
| | State the term remaining | |
| | List the contract number of any government contract _____ | **ZOHO Corporation** <br> **4141 Hacienda Drive** <br> **Pleasanton, CA 94588-8549** |

Debtor name    **Seattle Proton Center, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the **Additional Page** to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Procure Seattle Holdings, LLC** | **Codebtor is not co-borrower, but hypothecated its equity interests in Seattle Proton Center, LLC per August 24, 2010 Assignment, Pledge and Security Agreement (Pledgor's Ownership Interests in Borrower)** | **BNP Paribas Fortis, Agent** | ☑ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $13,334,169.00 |
   | **For prior year:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | $29,106,637.00 |
   | **For year before that:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | $27,180,178.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   | --- | --- | --- | --- |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.    **See Attached** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **Anna Karin Andrews**<br><br>**President** | **7/1/17-6/30/1<br>8** | **$566,087.00** | **Compensation: $520,926<br>Expense reimbursement:<br>$45,161** |
| 4.2.    **Joseph Raicevich**<br><br>**Chief Financial Officer** | **7/1/17-6/30/1<br>8** | **$250,754.00** | **Compensation: $243,101<br>Expense reimbursement:<br>$7,653** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Bush Kornfeld LLP**<br>**601 Union St., #5000**<br>**Seattle, WA 98101-2373** | | **12/4/17**<br>**12/21/17**<br>**1/16/18**<br>**2/26/18**<br>**3/28/18**<br>**4/26/18**<br>**5/30/18**<br>**7/9/18**<br>**7/27/18**<br>**8/13/18**<br>**9/17/18**<br>**9/28/18**<br>**11/8/18**<br>**11/14/18** | **$427,361.64** |

| Email or website address |
|---|

| Who made the payment, if not debtor? |
|---|

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |
| 13.1. **Northwest Hospital**<br>**1550 N 115th Street**<br>**Seattle, WA 98133** | **Sale of ultrasound machine** | **1/16/2018** | **$36,895.00** |
| **Relationship to debtor**<br>**Affiliated hospital** | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
| --- | --- |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.

■ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |
| 15.1. **SCCA Proton Therapy Center**<br>**1570 N 115th Street**<br>**Seattle, WA 98133** | **Provision of outpatient proton beam radiation therapy to patients with cancerous and noncancerous tumors.** | **65 [average per day]** |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>**1.  SCCA Proton Therapy Center**<br>**2.   Via Opus Interactive (electronic)**<br>**1225 W Burnside Street, Suite 310,**<br>**Portland, OR 97209** | **How are records kept?**<br>*Check all that apply:* |
| | | ■ Electronically<br>■ Paper |

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

■ Yes. State the nature of the information collected and retained.

**Information in patient health records which includes name, address, email, telephone number, social security number, birth date.**

Does the debtor have a privacy policy about that information?

☐ No

■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐   No. Go to Part 10.

■   Yes. Does the debtor serve as plan administrator?

     ☐ No Go to Part 10.

     ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Seattle Proton Center, LLC 401(K) Plan** | EIN: **27-0817171** |

     Has the plan been terminated?

     ■ No

     ☐ Yes

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **IBA Proton Therapy, Inc.**<br>**225 Water Street**<br>**Jacksonville, FL 32202** | **SCCA Proton Therapy Center**<br>**1570 N 115th Street**<br>**Seattle, WA 98133** | **IBA / Parts room on mezzanine / Spare parts / $1,300,000**<br>**IBA / Workshop / Tools / $20,000**<br>**IBA / PSR / Test instruments / $100,000**<br>**IBA / Office / Photocopier / $5,000** | **$1,425,000.00** |

| **Part 12:** | **Details About Environment Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

☐  No.
☑  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **SCCA Proton Therapy Center**<br>**1570 N 115th Street**<br>**Seattle, WA 98133** | **Seattle Public Utilities**<br>**700 5th Ave**<br>**Seattle, WA 98124** | **Unknown - Notice regarding stormwataer contamination due to gas leak.** | 6/1/2017 |

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Joseph Raicevich**<br>**1570 N. 115th**<br>**Seattle, WA 98133** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **KPMG** | **10/2017 to present** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.   **Moss Adams** | **Previous 2 years.** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Seattle Proton Center, LLC** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Chase Bank** |
| 26d.2.   **Seattle Cancer Care Alliance** |
| 26d.3.   **IBA Proton Therapy, Inc.** |
| 26d.4.   **Loop Capital** |
| 26d.5.   **DHG** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Name and address | |
|---|---|
| 26d.6. | **ECG** |
| 26d.7. | **Carl Marks Advisory Group** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Procure Seattle Holdings LLC** | | **Sole Member and Manager** | **100** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Anna Karin Andrews** | | **President** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Joseph Raicevich** | | **Secretary; Treasurer** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ■ No
    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐ No
    ■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Please see response to SOFA Question 4.** | | | |
| **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Seattle Proton Center Holdings** | EIN:    **47-4795562** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 14, 2018**

**/s/ Anna Karin Andrews**                               **Anna Karin Andrews**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

| Payee | Date | Amount |
|---|---|---|
| AARP Medicare Complete | 9/27/2018 | $ 11,933.67 |
| Accountable Healthcare Staffing, Inc. | 8/16/2018 9/6/2018 9/13/2018 10/4/2018 10/18/2018 10/25/2018 | $ 86,550.00 |
| Aetna | 9/6/2018 9/27/2018 10/25/2018 | $ 158,283.52 |
| AFCO Credit Corporation | 8/24/2018 9/28/2018 10/19/2018 10/26/2018 | $ 165,686.80 |
| American Express | 8/9/2018 9/6/2018 10/4/2018 11/1/2018 | $ 26,631.00 |
| ANDA INC dba PRACT Rx | 8/9/2018 8/23/2018 9/6/2018 9/13/2018 9/27/2018 10/18/2018 10/25/2018 | $ 25,599.00 |
| Applied Intelligence | 8/9/2018 9/6/2018 10/18/2018 10/25/2018 | $ 13,438.52 |
| Aviva Metals, Inc. | 9/7/2018 | $ 12,537.50 |
| Barbara A Ringhouse | 8/16/2018 9/6/2018 10/4/2018 | $ 18,000.00 |

1

| Payee | Date | Amount |
|---|---|---|
| Benefit Resource Inc | 8/9/2018<br>8/14/2018<br>8/23/2018<br>9/10/2018<br>9/13/2018<br>9/26/2018<br>10/10/2018<br>10/24/2018<br>10/25/2018 | $ 15,441.18 |
| BNP Paribas Fortis | 8/20/2018<br>10/17/2018 | $ 29,002.16 |
| Bush Strout Kornfeld LLP | 8/10/2018<br>9/14/2018<br>9/28/2018 | $ 154,290.48 |
| Caine & Weiner | 9/27/2018 | $ 11,342.00 |
| Cardinal Health | 8/9/2018<br>8/23/2018<br>9/6/2018<br>9/13/2018<br>9/27/2018<br>10/18/2018<br>10/25/2018<br>11/1/2018 | $ 82,062.02 |
| CenturyLink | 8/9/2018<br>8/16/2018<br>9/6/2018<br>9/13/2018<br>9/27/2018<br>10/4/2018<br>10/18/2018<br>11/1/2018 | $ 14,828.13 |
| CIGNA | 10/4/2018<br>11/1/2018 | $ 15,921.68 |
| City of Seattle | 8/16/2018<br>9/13/2018<br>10/18/2018 | $ 27,617.77 |
| City of Seattle | 10/19/2018<br>10/31/2018 | $ 103,170.38 |
| City of Seattle | 8/23/2018<br>9/13/2018<br>10/18/2018 | $ 122,086.45 |

2

| Payee | Date | Amount |
|---|---|---|
| Community Health Plan of Texas | 8/23/2018<br>9/27/2018 | $ 40,504.62 |
| Computer Power & Service Inc. | 9/27/2018 | $ 19,053.18 |
| DELL MARKETING, L.P. | 9/6/2018<br>9/13/2018<br>9/27/2018<br>10/18/2018<br>10/25/2018<br>11/1/2018 | $ 35,340.18 |
| Dixon Hughes Goodman LLP | 9/13/2018<br>9/27/2018 | $ 30,750.00 |
| Elekta, Inc | 9/13/2018 | $ 302,491.79 |
| Fidelity | 8/8/2018<br>8/22/2018<br>9/10/2018<br>9/21/2018<br>10/9/2018<br>10/23/2018 | $ 186,276.81 |
| Freeman Manufacturing & Supply | 8/9/2018 | $ 9,986.61 |
| GCA Services Group | 8/23/2018 | $ 9,465.70 |
| GCA Services Group | 9/27/2018 | $ 9,465.70 |
| GCA Services Group | 10/18/2018 | $ 9,465.70 |
| GCA Services Group | 10/25/2018 | $ 9,465.70 |
| GCA Services Group | 8/9/2018<br>8/23/2018<br>9/27/2018<br>10/18/2018<br>10/25/2018 | $ 37,862.80 |
| GE Healthcare | 8/23/2018<br>9/13/2018<br>10/18/2018 | $ 17,714.10 |
| Green Rubino | 9/7/2018<br>9/27/2018<br>10/18/2018<br>10/26/2018 | $ 688,292.81 |
| Group Health Cooperative | 8/23/2018<br>9/6/2018<br>9/27/2018 | $ 24,813.91 |
| Healthcare Management Alternatives, Inc. | 8/23/2018<br>9/13/2018<br>10/18/2018 | $ 7,434.00 |

3

| Payee | Date | Amount |
|---|---|---|
| IBA Proton Therapy | 10/19/2018 | $ 1,045,784.33 |
| King County Treasury | 9/27/2018 | $ 100,359.30 |
| Kovarus, Inc. | 9/27/2018<br>10/4/2018<br>10/18/2018 | $ 111,885.80 |
| KPMG LLP | 9/13/2018<br>9/27/2018 | $ 134,925.00 |
| Moss Adams LLP | 8/16/2018<br>9/6/2018<br>9/13/2018<br>10/4/2018 | $ 17,199.25 |
| Mutual of Omaha Insurance Company | 8/23/2018<br>9/27/2018<br>10/25/2018 | $ 19,401.83 |
| Nixon Peabody LLP | 9/7/2018<br>9/14/2018<br>10/16/2018<br>10/26/2018 | $ 154,391.50 |
| Northwest Hospital & Medical Center | 8/9/2018<br>8/23/2018<br>9/6/2018<br>9/13/2018<br>10/4/2018<br>10/25/2018 | $ 17,499.00 |
| Northwest Hospital Rents | 8/23/2018<br>9/27/2018<br>10/25/2018 | $ 229,993.80 |
| Nyhus Communications LLC | 10/18/2018<br>10/25/2018 | $ 54,525.20 |
| Ogden Murphy Wallace PLLC | 10/18/2018 | $ 45,729.00 |
| Optum | 8/8/2018<br>8/23/2018<br>9/10/2018<br>9/26/2018<br>10/11/2018<br>10/24/2018 | $ 12,645.36 |
| Opus Interactive, Inc. | 8/9/2018<br>8/23/2018<br>9/27/2018<br>10/4/2018<br>10/18/2018 | $ 18,043.00 |

4

| Payee | Date | Amount |
|---|---|---|
| Owens & Minor | 8/9/2018<br>8/16/2018<br>8/23/2018<br>9/6/2018<br>9/13/2018<br>9/27/2018<br>10/18/2018<br>10/25/2018<br>11/1/2018 | $ 7,448.97 |
| Premera Blue Cross | 9/13/2018<br>11/1/2018 | $ 266,515.30 |
| Proton Collaborative Group | 9/13/2018<br>10/18/2018<br>11/1/2018 | $ 25,333.32 |
| Puget Sound Energy | 9/6/2018<br>9/27/2018<br>10/25/2018 | $ 11,832.08 |
| Regence BlueShield | 8/23/2018<br>9/27/2018 | $ 42,751.20 |
| Revenue Cycle Billing Services Inc. | 8/24/2018<br>9/28/2018<br>10/19/2018 | $ 159,006.53 |
| Seattle Cancer Care Alliance | 9/28/2018<br>10/26/2018 | $ 510,217.50 |
| Seattle Children's Hospital | 8/23/2018<br>9/13/2018<br>10/18/2018<br>10/25/2018 | $ 8,637.36 |
| Terentino's Catering Inc. | 8/9/2018<br>8/23/2018<br>9/6/2018<br>9/13/2018<br>9/27/2018<br>10/18/2018<br>10/25/2018 | $ 12,099.20 |
| Transeo Radiotherapy Solutions LLC | 10/25/2018 | $ 54,000.00 |
| University Mechanical Contractors, Inc. | 8/9/2018<br>10/18/2018<br>10/25/2018<br>11/1/2018 | $ 59,026.61 |

5

| Payee | Date | Amount |
|---|---|---|
| University of Washington Laundry | 8/16/2018 9/27/2018 10/18/2018 | $ 8,679.97 |
| UW School of Med Dept of Radiation Oncology | 9/28/2018 | $ 231,500.00 |
| Vivid Learning Systems, Inc. | 9/13/2018 | $ 9,909.00 |
| Washington State Department of Revenue | 8/21/2018 8/24/2018 9/24/2018 10/22/2018 | $ 186,701.98 |

6

# United States Bankruptcy Court
## Western District of Washington

In re   **Seattle Proton Center, LLC**

Case No. _____

Debtor(s)

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Procure Seattle Holdings, LLC**<br>**1570 N 115th Street**<br>**Seattle, WA 98133** | | **100%** | **Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **November 14, 2018** _____

Signature   **/s/ Anna Karin Andrews**

**Anna Karin Andrews**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Western District of Washington

In re   **Seattle Proton Center, LLC**              Case No. _____

                                   Debtor(s)         Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **November 14, 2018**             **/s/ Anna Karin Andrews**

                                              **Anna Karin Andrews**/**President**
                                              Signer/Title

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

```
US ATTORNEY
ATTN BANKRUPTCY ASSISTANT
700 STEWART STREET
ROOM 5220
SEATTLE, WA 98101-4438


INTERNAL REVENUE SVC (PHIL)
CENTALIZED INSOL OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346


COMMODITY FUTURES TRADING
1155 21ST ST NW
WASHINGTON, DC 20581


SECURITIES & EXCHANGE COMM
ATTN BANKRUPTCY COUNSEL
44 MONTGOMERY ST #2600
SAN FRANCISCO, CA 94104


US TREASURY
SECRETARY OF THE TREASURY
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220


WA DEPT OF REV-SEA
BANKRUPTCY/CLAIMS UNIT
2101 4TH AVE #1400
SEATTLE, WA 98121-2300


WA DEPT OF L&I-OLY
COLLECTIONS
PO BOX 44171
OLYMPIA, WA 98504-4171


WA DEPT OF EMP SEC-OLY
UI TAX ADMIN
PO BOX 9046
OLYMPIA, WA 98507-9046


WA ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS UNIT
800 5TH AVE #2000
SEATTLE, WA 98104
```

ARMAND J. KORNFELD
BUSH KORNFELD LLP
601 UNION ST., SUITE 5000
SEATTLE, WA 98101-2373


SEATTLE PROTON CENTER, LLC
1570 N 115TH STREET
SEATTLE, WA 98133


BNP PARIBAS FORTIS, AGENT
C/O JOAQUIN M. C DE BACA
MAYER BROWN LLP
1675 BROADWAY
NEW YORK, NY 10019


IBA PROTON THERAPY, INC. AND
ION BEAM APPLICATIONS, S.A.
C/O TODD BEJIAN
2000 EDMUND HALLEY DR.; SUITE
RESTON, VA 20191


IBA PROTON THERAPY, INC. AND
ION BEAM APPLICATIONS, S.A.
C/O DAVID SWAN
1750 TYSONS BOULEVARD, STE. 18
MC LEAN, VA 22102


SEATTLE CANCER CARE ALLIANCE
C/O BRADLEY J. BERG
FOSTER PEPPER PLLC
1111 3RD AVE., SUITE 3400
SEATTLE, WA 98101

# United States Bankruptcy Court
## Western District of Washington

In re    **Seattle Proton Center, LLC**       Case No. _____

Debtor(s)       Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Seattle Proton Center, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Procure Seattle Holdings, LLC**
**1570 N 115th Street**
**Seattle, WA 98133**

☐ None [*Check if applicable*]

__**November 14, 2018**__
Date

__**/s/ Armand J. Kornfeld**__
**Armand J. Kornfeld**
Signature of Attorney or Litigant
Counsel for    **Seattle Proton Center, LLC**
**Bush Kornfeld LLP**
**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
**(206) 292-2110 Fax:(206) 292-2104**
**jkornfeld@bskd.com**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Washington

In re    **Seattle Proton Center, LLC**                 Case No. _____

                                     Debtor(s)      Chapter    **11**

# BUSINESS INCOME AND EXPENSES--SEE ATTACHED

<u>FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS</u>   (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

## PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

     1. Gross Income For 12 Months Prior to Filing:                          $ _____

## PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

     2. Gross Monthly Income                                             $ _____

## PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

     3. Net Employee Payroll (Other Than Debtor)              $ _____

     4. Payroll Taxes _____

     5. Unemployment Taxes _____

     6. Worker's Compensation _____

     7. Other Taxes _____

     8. Inventory Purchases (Including raw materials) _____

     9. Purchase of Feed/Fertilizer/Seed/Spray _____

     10. Rent (Other than debtor's principal residence) _____

     11. Utilities _____

     12. Office Expenses and Supplies _____

     13. Repairs and Maintenance _____

     14. Vehicle Expenses _____

     15. Travel and Entertainment _____

     16. Equipment Rental and Leases _____

     17. Legal/Accounting/Other Professional Fees _____

     18. Insurance _____

     19. Employee Benefits (e.g., pension, medical, etc.) _____

     20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

         DESCRIPTION                                    TOTAL

     21. Other (Specify):

         DESCRIPTION                                    TOTAL

     22. Total Monthly Expenses (Add items 3-21)                        $ _____

## PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

     23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)      $ _____

                                                          _____

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**Seattle Proton Center, LLC**
**Weekly Cash Flow Plan**

*$s in thousands*

| Week Ending: | 11/16/2018 | 11/23/2018 | 11/30/2018 | 12/7/2018 | 12/14/2018 | 12/21/2018 | 12/28/2018 | 1/4/2019 | 1/11/2019 | 1/18/2019 | 1/25/2019 | 2/1/2019 | 2/8/2019 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Collections: | 481 | 481 | 481 | 589 | 589 | 589 | 471 | 433 | 524 | 524 | 524 | 547 | 494 | |
| **Cash Inflows** | **481** | **481** | **481** | **589** | **589** | **589** | **471** | **433** | **524** | **524** | **524** | **547** | **494** | **6,727** |
| | | | | | | | | | | | | | | |
| Payroll & Benefits | (31) | (415) | - | (350) | (30) | (350) | (31) | (425) | (30) | - | (406) | (65) | (380) | (2,513) |
| Advertising & Marketing | (25) | (5) | (5) | (5) | (205) | (30) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (505) |
| Legal | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (65) |
| Repairs & Maintenance | (87) | (12) | (12) | (57) | (32) | (52) | (512) | (12) | (12) | (1,045) | (12) | (12) | (12) | (1,869) |
| Rent & Utilities | (4) | (131) | (4) | (4) | (4) | (56) | (75) | (4) | (4) | (4) | (131) | (4) | (4) | (429) |
| G&A | (15) | (87) | (50) | (18) | (50) | (87) | (50) | (18) | (15) | (15) | (167) | (18) | (15) | (605) |
| Supplies & Services | (15) | (15) | (15) | (40) | (15) | (15) | (15) | (15) | (53) | (15) | (15) | (15) | (15) | (258) |
| Restructuring Expenses | | | | | | | | | | | | | | |
| Professional Fund | - | - | (300) | - | - | - | - | - | - | - | - | - | - | (300) |
| Utilities Deposit | (35) | - | - | - | - | - | - | - | - | - | - | - | - | (35) |
| U.S. Trustee Fee | - | - | - | - | - | - | (27) | - | - | - | - | - | - | (27) |
| CapEx | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (65) |
| **Cash Outflows** | **(222)** | **(675)** | **(396)** | **(484)** | **(346)** | **(600)** | **(725)** | **(489)** | **(129)** | **(1,094)** | **(941)** | **(129)** | **(441)** | **(6,671)** |
| | | | | | | | | | | | | | | |
| **Net Cash Inflows/(Outflows)** | **259** | **(194)** | **85** | **105** | **243** | **(11)** | **(254)** | **(56)** | **395** | **(570)** | **(417)** | **418** | **53** | **56** |
| | | | | | | | | | | | | | | |
| Beginning Cash Balance | 5,700 | 5,959 | 5,765 | 5,850 | 5,955 | 6,198 | 6,187 | 5,933 | 5,877 | 6,272 | 5,702 | 5,285 | 5,703 | |
| Ending Cash Balance | 5,959 | 5,765 | 5,850 | 5,955 | 6,198 | 6,187 | 5,933 | 5,877 | 6,272 | 5,702 | 5,285 | 5,703 | 5,756 | |

Confidential